FILE COPY

# M A N D A T E

TO THE 346TH DISTRICT COURT OF EL PASO COUNTY, GREETINGS:

Before our Court of Appeals for the Eighth District of Texas, on September 13, 2024, the cause upon appeal to revise or reverse your judgment between

|  |  |
|---|---|
| MESA D CORP, | Appellant, |

No. 08-24-00316-CV      and

|  |  |
|---|---|
| FULFILLSOURCE, LLC D/B/A CREWBACK, | Appellee, |

was determined; and therein our said Court made its order in these words:

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Eighth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Clerk of the Court of Appeals, with the Seal thereof affixed, at the City of El Paso, this November 1, 2024.



Elizabeth G. Flores, Clerk

*Elizabeth G. Flores*

Trial Court No. 2023DCV2634